# Notice Recipients

District/Off: 0971−5     User: nortiz     Date Created: 5/31/2013
Case: 13−52925     Form ID: B9A     Total: 66

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Irwin Joel Zook | 1111 Morse Avenue, Spc. 84 | Sunnyvale, CA 94089−0000 | |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113−3004 |
| tr | Fred Hjelmeset | P.O.Box 4188 | Mountain View, CA 94040 | |
| aty | David A. Boone | Law Offices of David A. Boone | 1611 The Alameda | San Jose, CA 95126 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 13271601 | 21st Mortgage Co. | Attn: Legal | P.O. Box 477 | Knoxville, TN 37901 |
| 13271602 | ADO Corp. | 851 Simuel Road | Spartanburg, SC 29301 | |
| 13271603 | Bailey Street | 99 Main St, Suite 300 | Colleyville, TX 76034 | |
| 13271604 | Bank Of The West | 2339 Kamehameha Hwy | Honolulu, HI 96819 | |
| 13271605 | Bank Of The West | 2339 Kamehameha Hwy | Honolulu, HI 96819 | |
| 13271606 | Barclays Bank Delaware | Attn: Bankruptcy | P.O. Box 8801 | Wilmington, DE 19899 |
| 13271607 | Board of Equalization, State of CA | Acct Analysis Ctrl Sec MIC: 29 | P.O. Box 92879 | Sacramento, CA 94279−0029 |
| 13271608 | Carols Roman Shades | 130 Mason Circle | Concord, CA 94520 | |
| 13271609 | Castec Corp. | 7531 Coldwater Canyon | North Hollywood, CA 91605 | |
| 13271610 | Chase Auto | Po Box 15298 | Wilmington, DE 19850 | |
| 13271611 | Chase Auto | Po Box 15298 | Wilmington, DE 19850 | |
| 13271612 | Chase Bank NA | Po Box 15298 | Wilmington, DE 19850 | |
| 13271613 | Chase Bank USA, N.A. | 800 Brooksedge Blvd | Columbus, OH 43081 | |
| 13271614 | Cheryl Freeman | 3255 Suena Drive | San Jose, CA 95148 | |
| 13271615 | Cheryl L. Freeman | 3255 Suena Drive | San Jose, CA 95148 | |
| 13271616 | Comersan Fabrics | 3900 NW 79th Ave #810 | Miami, FL 33166 | |
| 13271617 | Comfortex Corp. | 21 Elm St. | Watervliet, NY 12189 | |
| 13271622 | DSNB Bloomingdales | Macy's Bankruptcy Dept. | 6356 Corley Road | Norcross, GA 30071 |
| 13271623 | DSNB Macys | Po Box 8218 | Mason, OH 45040 | |
| 13271618 | Dash &Albert | 125 Pecks Rd. | Pittsfield, MA 01201 | |
| 13271619 | Davis Drapery Hardware | 170 Rollins Rd | Burlingame, CA 94010 | |
| 13271620 | Discover Financial Services, LLC | Po Box 15316 | Wilmington, DE 19850 | |
| 13271621 | Diversified Drapery Products | 5929 Keser Ave | Van Nuys, CA 91411 | |
| 13271624 | Elan Financial Service | 777 E Wisconsin Ave | Milwaukee, WI 53202 | |
| 13271625 | Elk Lighting | 12 Willow Lane | Nesquehoning, PA 18240 | |
| 13271626 | Enesco LLC | 225 Windsor Dr. | Itasca, IL 60143 | |
| 13271627 | Fabrics Corp. | 9303 E. 46th St. | Tulsa, OK 74145 | |
| 13271628 | First Hawaiian Bank | Po Box 3200 | Honolulu, HI 96847 | |
| 13271629 | Franchise Tax Board | Special Procedures | PO Box 2952 | Sacramento, CA 95812 |
| 13271630 | GE Money Bank | Attention: Bankruptcy | Po Box 103104 | Roswell, GA 30076 |
| 13271631 | Gecrb/home Design Hvac | 950 Forrer Blvd | Kettering, OH 45420 | |
| 13271632 | Hunter Douglas Corp. | PO Box 31 | 338 Victoria Road | Rydalmere, NSW 2116 |
| 13271633 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| 13271634 | Kasmir Fabrics | 3191 Commonwealth Dr. | Dallas, TX 75247 | |
| 13271635 | Kravet Inc. | 225 Central Ave South | Bethpage, NY 11714 | |
| 13271636 | Mardesich Company | 11208 Stauffer Lane | Cupertino, CA 95014 | |
| 13271637 | Maxwell Fabrics | 925 Boblett St. | Blaine, WA 98230 | |
| 13271638 | Nordstrom FSB | Attention: Account Services | Po Box 6566 | Englewood, CO 80155 |
| 13271639 | Norman Window Fashions | 12301 Hawkins St. | Santa Fe Springs, CA 90670 | |
| 13271640 | Paragon | 195 Paragon Dr. | Albertville, AL 35950 | |
| 13271641 | Pauls Draperies Inc. | 506 E. El Camino Real | Sunnyvale, CA 94087 | |
| 13271642 | Pauls Draperies, Inc. | 506 El Camino Real | Sunnyvale, CA 94087 | |
| 13271643 | Pindlar &Pindlar | 11910 Poindexter Ave | Moorpark, CA 93021 | |
| 13271645 | RM Coco | PO Box 1270 | Cape Girardeau, MO 63702 | |
| 13271644 | Raz | 1020 Eden Road | Arlington, TX 76001 | |
| 13271646 | Robert Allen Fabrics | 225 Foxboro Blvd. | Foxboro, MA 02035 | |
| 13271647 | Sierra Textiles | 36580 Penfield Lane | Winchester, CA 92596 | |
| 13271648 | Skandia Window Fashion | 7549 Grabex Road | Middleton, WI 53562 | |
| 13271649 | State Farm Financial Services | Po Box 2328 | Bloomington, IL 61702 | |
| 13271650 | State of California − EDD | Bankruptcy Unit − MIC 92E | PO Box 826880 | Sacramento, CA 94280 |
| 13271651 | TAG | 1730 W. Wrightwood | Chicago, IL 60614 | |
| 13271652 | The Quilting House | 16872 Millikan Ave | Irvine, CA 92606 | |
| 13271653 | Two's Company Inc | 500 Saw Mill River Road | Elmsford, NY 10523 | |
| 13271654 | U.S. Attorney General | Civil Trial Sec. Western | PO Box 683 Ben Franklin | Washington, DC 20044 |

| | | | | |
|---|---|---|---|---|
| 13271655 | United States Attorney's Office | Attn: Chief Tax Division | 450 Golden Gate Ave. 10th | San Francisco, CA 94102 |
| 13271656 | Uttermost | PO Box 558 | Rocky Mount, VA 24151 | |
| 13271657 | Wells Fargo National Bank | Cscl Dispute Team | Des Moines, IA 50306 | |
| 13271658 | Winward Int. | 3089 Whipple Rd. | Union City, CA 94587 | |

TOTAL: 66